```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17278
   MARINA TADROS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5041


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/21/2007 and was not confirmed.

     The case was dismissed without confirmation 04/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE BANK          SECURED NOT I    NOT FILED             .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG          .00             .00           .00
CITIBANK VISA             SECURED                .00             .00           .00
DAVIS ACQUISITIONS        SECURED                .00             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2636.40             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1843.35             .00           .00
GREAT SENECA FINANCIAL C  UNSECURED        NOT FILED             .00           .00
JERIES TADROS             NOTICE ONLY      NOT FILED             .00           .00
CAPITAL ONE               UNSECURED         2366.96             .00           .00
DAVIS ACQUISITIONS        UNSECURED              .00             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          610.77             .00           .00
B-REAL LLC                UNSECURED         6697.30             .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         4303.14             .00           .00
B-REAL LLC                UNSECURED         1006.98             .00           .00
ER SOLUTIONS INC          UNSECURED         1434.46             .00           .00
B-REAL LLC                UNSECURED          549.60             .00           .00
B-REAL LLC                UNSECURED          506.48             .00           .00
B-REAL LLC                UNSECURED         1123.88             .00           .00
GREAT SENECA              SECURED NOT I    2527.87             .00           .00
GROCHOCINSKI & GROCHOCIN  DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                         1,000.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,000.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                  1,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17278 MARINA TADROS
```

```
                                    ---------------      ---------------
TOTALS                                     1,000.00             1,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |